

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD RAY LAUFER, III,<br><br>Defendant. | CR 16-112-BLG-SPW<br>CR 16-121-BLG-SPW<br><br>ORDER |

A copy of the trial transcript in this case will be used on appeal. In the interest of protecting another individual's interests,

IT IS HEREBY ORDERED that the transcript of the Formal Dispositional Hearing and Sentencing held Thursday, November 2, 2017 shall be filed under seal.

DATED this 2nd day of January, 2018.

/s/ Susan P. Watters
SUSAN P. WATTERS
U.S. DISTRICT JUDGE